| | | |
|---|---|---|
| STATE v. NIEVES<br>No. 12-1277 | Guilford<br>(11CRS24775-76)<br>(11CRS24779-780)<br>(11CRS83730-734)<br>(11CRS83740-44)<br>(12CRS24093-94)<br>(12CRS24097-98) | No Error |
| STATE v. NIXON<br>No. 12-1439 | Gaston<br>(11CRS56276) | Affirmed |
| WEBER, HODGES, & GODWIN COM.<br>  REAL EST. SERVS. v. HARTLEY<br>No. 13-207 | Watauga<br>(11CVS610) | Affirmed |